CECELIA GOETZ and Others, Respondents, v. NEW YORK, ONTARIO & WESTERN RAILWAY COMPANY, Appellant.— Action for damages for personal injuries suffered by the plaintiffs and for certain property damage as the consequence of a collision of an automobile with a locomotive of the defendant railroad company. Order denying motion to change the venue from Nassau county to Sullivan county affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.

In the Matter of the Application of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title to the Real Property Required for the Opening and Extending of Cross Island Boulevard from the West Line of the 147th Street to North Hempstead Turnpike as in Public Use, and from Linden (Foch) Boulevard to the Centre Line of Springfield Boulevard (Avenue) in the Borough of Queens, City of New York. FLUSHING MANOR, INC., Appellant, Re Damage Parcels 341, 348, 349, 350, 351 and 357; THE MORTGAGE CORPORATION OF NEW YORK, as Trustee, etc., Respondent, Re Damage Parcels 339, 341, 350, 351 and 357.— Order directing manner of distribution of the award in a condemnation proceeding, in so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.

In the Matter of the Petition of ALBERT REISS to Render and Settle His Account as Executor of JOHN H. CONKLIN, Deceased. ALBERT FORD, Appellant; ALBERT REISS, Executor, etc., of JOHN H. CONKLIN, Deceased, Respondent.— Proceeding in the Nassau County Surrogate's Court for the judicial settlement of the account of an executor. Decree, in so far as appealed from, unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Arbitration of a Dispute and Controversy Existing between MARINE DREDGING CORP. and ALVAH B. GOLDSMITH. MARINE DREDGING CORP., Appellant; ALVAH B. GOLDSMITH, Respondent.— Arbitration proceeding to determine a controversy in relation to a dredging contract. Order denying appellant's motion to confirm an award made by a majority of the arbitrators, and granting respondent's cross-motion to vacate said award, based upon the ground that the arbitrator selected by the appellant had such an undisclosed interest in the party selecting him as to disqualify him, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.